IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDRE VACTOR, SR., :

    Plaintiff,

  v. :  Case No. 3:19-cv-185

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, *et al.*,   JUDGE WALTER H. RICE

:

    Defendants.

---

ORDER DISMISSING CASE WITHOUT PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

On April 8, 2020, the Court ordered Plaintiff to show cause within 20 days why this action should not be dismissed without prejudice for failure to effect service of process within 90 days.  Doc. #3.  Plaintiff has failed to respond to the show cause order.  Accordingly, pursuant to Fed. R. Civ. P. 4(m), the Court DISMISSES this case WITHOUT PREJUDICE.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: July 8, 2020  *Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE